Richard G. Leland
Jennifer L. Colyer
Richard C. Tisdale
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br><br>            Plaintiffs,<br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>            Defendants. | 11-cv-3786 (RMB)<br><br>ECF CASE<br><br>NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE that upon the accompanying: (i) Declaration of Richard G. Leland in Support of Plaintiffs' Motion for Summary Judgment, dated February 27, 2013, with attached exhibits; (ii) Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment; (iii) Plaintiffs' Statement of Material Facts Pursuant to Local Rule 56.1; and (iv) Declaration of Michael Tan, dated February 27, 2013, plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (collectively, the "Plaintiffs") will move this Court before the Honorable Richard M. Berman, at a date and time to be set by the Court, in Courtroom 12D of the United States District Courthouse at 500 Pearl Street, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 56, for an order granting Plaintiffs summary judgment against Defendants U.S. Department of Homeland Security

and U.S. Immigrations and Customs Enforcement in the above captioned action and for such other and further relief as the Court deems just and proper.

Dated: New York, New York

      February 27, 2013

                      FRIED FRANK HARRIS SHRIVER &
                        JACOBSON LLP

                      By: /s/

Richard G. Leland
Jennifer L. Colyer
Richard C. Tisdale

One New York Plaza
New York, NY 10004-1980
(212) 859-8978
richard.leland@friedfrank.com
jennifer.colyer@friedfrank.com
richard.tisdale@friedfrank.com

*Attorney for Plaintiffs*