# HQ POCR Checklist for 241.4 Reviews

*To be completed for all cases being transferred to HQCMU on an initial jurisdiction transfer or requiring a follow-up decision from HQCMU.*
*List only actions that have occurred after the initial 90 day POCR was completed or since last worksheet was completed.*

Field Office: __FNL__   DCO: (b)(6)(7)(C)   COB: __Liberia__   COC: __Liberia__

A#: (b)(6)(7)(C)   Alien's Name: (b)(6)(7)(C)   Date removal period began: __December 10, 2009__

Date case completed and initially sent to HQ: __12/07/11__   If follow-up review request, date case sent to HQ: _____

## List ALL the actions taken after the initial 90 day POCR worksheet or after last review worksheet:

Date(s) served I-229(a)   1) __07/07/11__  2) _____  3) _____

Date(s) served Instruction Sheet to Alien   1) __07/07/11__  2) _____  3) _____

Date case initially uploaded into eTD: __09/01/11__

☐ Yes ☑ No   Is this a possible 241.14 case. If so, forward to HQCMU upon determination immediately.

☐ Yes ☑ No   Is this a Failure to Comply (FTC) Case? *(If yes, the case remains with the field)*

☐ Yes ☑ No   If FTC, was the alien served with the I-229(a)? Date(s) Served:   1) _____  2) _____  3) _____

☐ Yes ☑ No   Judicial Stay in effect? *(If yes, the case remains with the field)*   Date of Stay: _____

☐ Yes ☑ No   Habeas or Petition for Review pending? Court Venue: _____   Date filed: _____

List all follow-up actions taken to obtain a TD *after* the initial (90-day) POCR was completed. List the dates of all consulate/embassy follow-up contacts and the name of consular officer contacted. Also list any indications that a TD will be issued (and timeframe) or denied. NOTE: TD follow-up, at a minimum, must be done every 30 days.

| Date | Consular/Embassy Person Contacted | Results regarding likelihood of issuance |
|---|---|---|
| 1) 7/20/2011 | (b)(5), (b)(6), (b)(7)(C) | Called Consulate; no answer |
| 2) 9/1/2011 | | Called Consulate; no answer |
| 3) 10/24/2011 | | Informed to follow up with HQ/TDU |
| 4) | | |
| 5) | | |

List all contact with HQTDU, starting with the initial request for assistance, which **must** have been sent after the 75th day post final order, if field efforts to obtain a TD have been unsuccessful. NOTE: Docket management, to include efforts to obtain a travel document, remains the field offices responsibility until the alien is removed. Furthermore, field offices are responsible for contacting HQTDU, at a minimum, every 30 days.

| Date | HQTDU Officer Contacted | Results regarding likelihood of issuance |
|---|---|---|
| 1) 9/7/2011 | (b)(6)(7)(C), (b)(5) | Waiting for a response from Liberian Gov't. re: TD |
| 2) 10/24/2011 | | Emailed HQ/TDU for status update; still pending |
| 3) 12/1/2011 | | Nothing to report ; still pending |
| 4) | | |

Additional comments or information: (b)(6)(7)(C)   (b)(5), (b)(6), (b)(7)(C), (b)(7)(1)

(b)(6)(7)(C)

Officer's email in Outlook: (b)(6)(7)(C)   Officer's telephone: (b)(6)(7)(C)

DO Signature: (b)(6)(7)(C)   Date signed: 12-12-11

Supervisor's email in Outlook: (b)(6)(7)(C)   Supervisor's telephone: (b)(6)(7)(C)

Supervisor's Signature: (b)(6)(7)(C)   Title: SDDO   Date signed: DEC 1 2 2011

Revised April 2008

Of    *:nforcement and Removal Operations*
*New Orleans Field Office*

U.S. Department of Homeland Security
827 Forrest Avenue
Gadsden, AL 35901



## U.S. Immigration and Customs Enforcement





## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You do have a final order of removal. You will be removed to your country of Liberia, once a valid travel document is received from your Consulate.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been released or removed from the United States by December 01, 2011, jurisdiction of the custody decision in your case will be transferred to the Headquarters Case Management Unit (HQCMU), Potomac Center North, 500 12th Street SW, Washington, DC 20024. HQCMU will make a final determination regarding your custody.

(b)(6)(7)(C)             9/17/2011

Signature and Title of Deciding Official      Date

**FILE COPY**

Decision of Post Order Custody Review – Detain
(b)(6)(7)(C)
Page 2

## PROOF OF SERVICE

(1)     **Personal Service (Officer to complete (a) or (b) below.)**

    (a)    I __(b)(6)(7)(C)__ , Deportation Officer
                     Name of ICE Officer        Title

certify that I served __(b)(6)(7)(C)__ with a copy of
                     Name of detainee

this document at __(b)(6)(7)(C)__ on __9/19/2011__ at __10:00 Am__
                       Institution           Date           Time

    (b)    I certify that I served the custodian _____
                                                             Name of Official

_____ at _____ , on
      Title                        Institution

_____ with a copy of this document.
      Date

## OR

(2)     **Service by certified mail, return receipt. (Attach copy of receipt)**

              I _____ , _____
                    Name of ICE Officer              Title

that I served _____ and the custodian _____ ,
               Name of detainee               Name of Official

with a copy of this document by certified mail at _____ on _____ .
                                                      Institution              Date

Detainee Signature: __(b)(6)(7)(C)__     Date __9-20-11__

( ) cc: Attorney of Record or Designated Representative

FILE COPY

## POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:** (b)(6)(7)(C)  **AKA(S):** (b)(6)(7)(C)

**Date of Birth:** (b)(6)(7)(C)  **A Number:** (b)(6)(7)(C)

**Place of Birth:** Liberia  **Nationality:** Liberia

**Date of Last Arrival:** ③ (b)(6)(7)(C), (b)(6)(7)(C)  **Place of Arrival:** ④ (b)(6)(7)(C)

**Status at Last Entry:** IR6  **Last Date into ICE Custody:** (b)(6)(7)(C) (b)(6)(7)(C)

**Entered ICE Custody From:** ☑ Local, State, or Federal Institution
Institution Name/Location: (b)(6)(7)(C)

☐ Other:

**Deportation Case Officer:** (b)(6)(7)(C)  **Review Date:** September 1, 2011
**Contact Phone #:** (b)(6)(7)(C)

**ICE Location Detained and DCO:** ⑤ (b)(6)(7)(C)

### Deportation/Exclusion/Removal Proceedings

**List all Charges:**  237(a)(2)(A)(iii)

**Final Order date:** 1/12/2010  **By:** ☑ IJ  ☐ BIA  ☐ Other:

☐ Appeal Waived   ☐ Appeal Reserved   ☑ Appeal Time Elapsed   Never filed

**Habeas filed:** ☐ Yes/ Date & Location filed  ☑ No

**Stay Issued in Case:** ☑ No  ☐ Yes/Why and Who Issued

### Legal Representative / Attorney

**G-28 Filed:** ☐ Yes  ☑ No
**Notification of Review Made:**  ☐ Yes  ☑ No  **By:**

**Name of Representative / Attorney:** N/A

**Mailing Address:** N/A

**Telephone Number:** N/A

**Present during interview:** N/A  ☐ Yes  ☑ No

(Rev. 1/19/05)                  Page 1 of 8          Ref: (b)(6)(7)(C)

11-cv-3786.000004

**Immigration History:**

ICE arrest[s]/parole/bond/custody information/adjustment/benefits granted (TPS, DED, withholding, etc.)

(6)

(b)(6)(7)(C)

3                    Page 2 of 8          REF: (b)(6)(7)(C)

**NCIC Checks:** ☑ Criminal History   ☐ No record Found
(State and Federal)

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc) (DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)

| TAC Clearance- ☑ Not Required ☐ Pending ☐ Yes | Date Cleared | Date of Expiration |
|---|---|---|
| (b)(6)(7)(C), (b)(7)(E) | Comments: | |

⑦ ⑧ (b)(6)(7)(C)

(Rev. 1/19/05)   Page 3 of 8   REF: (b)(6)(7)(C)