## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**   ☐ Yes   ☑ No

      If Yes, List & Describe:
      Source:

**Disciplinary reports and incidents while in ICE Custody?**   ☐ Yes   ☑ No

      If Yes, List & Describe:   N/A
      Source:   N/A

## Specifics of Review

**Date of File Review:**   September 1, 2011

**Date of Detainee Interview:**   August 7, 2011

**Location of Interview:**   (b)(6)(7)(C)

**Reviewing/Interviewing Officer:**   (b)(6)(7)(C)   Deportation Officer

**Interpreter Used:** (If subject was interviewed)   ☐ Yes   ☑ No

Name:   N/A
Language/Dialect:   N/A

**Discussion at interview/review:**



(b)(5)

(Rev. 1/19/05)   Page 4 of 8   REF: (b)(6)(7)(C)

11-cv-3786.000007

**Travel Document Status/History:**

List aliens attempts to get travel documents and status (to include any actions alien has taken to *prevent* removal, and date of service of I-229(a) and Instruction Sheet to Detainee):

(10)

(b)(5)

List ICE's attempts to obtain a travel document and status:

(11)

(b)(6)(7)(C), (b)(5)

(Rev. 1/19/05)   Page 5 of 8   REF: (b)(6)(7)(C)

(11)



(b)(6)(7)(C), (b)(5)

## Medical/Psychological Concerns

(12)



(b)(6)(7)(C), (b)(5)

(Rev. 1/19/05)      Page 6 of 8      REF:      (b)(6)(7)(C)

## Special Circumstances Concerns

Does the detainee appear to meet any of the criteria of 8 CFR 241.14 for continued detention?

(13) (b)(7)(E)

(14) (b)(7)(E)

Aliens with a Highly Contagious Disease that is a Threat to Public Safety [8 CFR § 241.14(b)].

Aliens Detained on Account of Serious Adverse Foreign Policy Consequences of Release [8 CFR § 241.14(c)].

Aliens Detained on Account of Security or Terrorism Concerns [8 CFR § 241.14(d)

Detention of Aliens Determined to be Specially Dangerous [8 CFR § 241.14(f)]. Aliens who pose a threat to the public because they have committed a crime of violence, have a mental disorder and behavior associated with the disorder, and are likely to be violent in the future.

**All cases that may possibly meet any of these provisions must be coordinated with HQCDU per existing guidance.**

## Officer Comments/Analysis & Recommendation

(15) (b)(5)

| | | | |
|---|---|---|---|
| Reviewing Officer Name/Title: | (b)(6)(7)(C) Deportation Officer | Date: September 6, 2011 Signature: (b)(6)(7)(C) | |
| Supervisory Reviewing Officer Name/Title: | (b)(6)(7)(C) Concur Supervisory Detention and Deportation Officer: | Date: 09/11/2011 Signature: | (b)(6)(7)(C) |
| Supervisory Reviewing Officer Name/Title: | (b)(6)(7)(C) (b)(5) Assistant Field Office Director | Date: 9/12/2011 Signature: (b)(5) | (b)(6)(7)(C) |

(Rev. 1/19/05)                     Page 7 of 8            REF: (b)(6)(7)(C)

11-cv-3786.000010

## DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐ RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☒ CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐ CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

(16)



(b)(5), (b)(6), (b)(7)(C), (b)(7)(E),

ICE Field Office: PNE
Signature of Deciding Official: (b)(6)(7)(C)   Date: SEP 1 2 2011
Deciding Official Name: Scott Sutterfield Acting Field Office Director

(Rev. 1/19/05)              Page 8 of 8          REF: (b)(6)(7)(C)