# HQ POCR Checklist for 241.4 Reviews

*To be completed for all cases being transferred to HQCMU on an initial jurisdiction transfer or requiring a follow-up decision from HQCMU. List only actions that have occurred after the initial 90 day POCR was completed or since last worksheet was completed.*

Field Office: FNL            DCO: (b)(6)(7)(C)            COB: Liberia            COC: Liberia

A#: (b)(6)(7)(C)            Alien's Name: (b)(6)(7)(C)            Date removal period began: June 1, 2011

Date case completed and initially sent to HQ: 12/07/11            If follow-up review request, date case sent to HQ: 02/25/12

## List ALL the actions taken after the initial 90 day POCR worksheet or after last review worksheet:

Date(s) served I-229(a)            1) 07/07/11   2) _____   3) _____

Date(s) served Instruction Sheet to Alien            1) 07/07/11   2) _____   3) _____

Date case initially uploaded into eTD:   09/01/11

☐ Yes ☑ No   Is this a possible 241.14 case. If so, forward to HQCMU upon determination immediately.

☐ Yes ☑ No   Is this a Failure to Comply (FTC) Case? *(If yes, the case remains with the field)*

☐ Yes ☑ No   If FTC, was the alien served with the I-229(a)? Date(s) Served:   1) ___ 2) ___ 3) ___

☐ Yes ☑ No   Judicial Stay in effect? *(If yes, the case remains with the field)*   Date of Stay: _____

☐ Yes ☑ No   Habeas or Petition for Review pending?   Court Venue: _____   Date filed: _____

List all follow-up actions taken to obtain a TD *after* the initial (90-day) POCR was completed. List the dates of all consulate/embassy follow-up contacts and the name of consular officer contacted. Also list any indications that a TD will be issued (and timeframe) or denied. NOTE: TD follow-up, at a minimum, must be done every 30 days.

| Date | Consular/Embassy Person Contacted | Results regarding likelihood of issuance |
|---|---|---|
| 1) 07/20/2011 | (b)(5), b6, b7c | called consul no answer |
| 2) 09/01/2011 | | called consul, no answer |
| 3) 10/24/2011 | | advised to call consul |
| 4) 01/25/2012 | | pending |
| 5) | | |

List all contact with HQTDU, starting with the initial request for assistance, which **must** have been sent after the 75th day post final order, if field efforts to obtain a TD have been unsuccessful. NOTE: Docket management, to include efforts to obtain a travel document, remains the field offices responsibility until the alien is removed. Furthermore, field offices are responsible for contacting HQTDU, at a minimum, every 30 days.

| Date | HQTDU Officer Contacted | Results regarding likelihood of issuance |
|---|---|---|
| 1) 09/07/2011 | (b)(6)(7)(C), (b)(5) | awaiting response from Liberia |
| 2) 10/24/2011 | | pending |
| 3) 12/01/2011 | | pending |
| 4) 02/06/2012 | | citizenship confirmed awaiting TD decision |

Additional comments or information: _____

Officer's email in Outlook: (b)(6)(7)(C)            Officer's telephone: (b)(6)(7)(C)

DO Signature: (b)(6)(7)(C)            Date signed: 2/25/12

Supervisor's email in Outlook: (b)(6)(7)(C)            Supervisor's telephone: (b)(6)(7)(C)

Supervisor's Signature: (b)(6)(7)(C)            Title: SDDO            Date signed: FEB 27 2012

Revised April 2008



*Enforcement and Removal Operations*
U.S. Department of Homeland Security
500 12th Street, SW
Suite 8003
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

(b)(6)(7)(C)

C/O Immigration & Customs Enforcement
New Orleans Field Office

(b)(6)(7)(C)

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE), has reviewed your custody status and that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

(17)

(b)(6)(7)(C)

A request for a travel document was submitted on your behalf to the government of Liberia. The government of Liberia has not denied issuing you a travel document and the request is still pending. Your removal to Liberia is expected to occur in the reasonably foreseeable future; therefore you are to remain in ICE custody at this time.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to effect your removal.

You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

(b)(6)(7)(C)

Signature of HQCMU Chief

12/15/2011
Date

**FILE COPY**

(rev. 1/26/05)

**Decision - Detain**
(b)(6)(7)(C)
Page 2

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I [(b)(6)(7)(C)], REGISTRATION OFFICER
Name of ICE Officer                                Title

certify that I served [(b)(6)(7)(C)] with a copy of
Name of detainee

this document at [(b)(6)(7)(C)] on 12/19/11, at 1000 HRS.
Institution                    Date         Time

(b) I certify that I served the custodian _____,
Name of Official

_____, at _____, on
Title              Institution

_____ with a copy of this document.
Date

## OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
Name of ICE Officer               Title

that I served _____ and the custodian _____,
Name of detainee                              Name of Official

with a copy of this document by certified mail at _____ on _____.
Institution                  Date


Signature of Detainee [(b)(6)(7)(C)]  Date: 12/19/11


( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

**FILE COPY**

11-cv-3786.000014

# HQ POCR Checklist for 241.13 Reviews
*To be completed by HQ for all cases referred to CMU*

**To be completed by Analyst:**

**Alien Name:** (b)(6)(7)(C)    **Alien Number:** (b)(6)(7)(C)    **COB:** Liberia

**CMU Officer:** (b)(6)(7)(C)    **Date Received in Mailbox:** 12/13/2011    **Date Assigned to Officer:** 12/13/2011

**To be completed by Officer:**

☒ Yes ☐ No    Is the case Post 180 Days?

☒ Yes ☐ No    Is the Jurisdiction with HQ CMU? *If not why:* _____

☐ Yes ☒ No    Judicial stay in effect? *If yes, when entered:* _____

☐ Yes ☒ No    Habeas Pending? *If yes, has assistance been requested?* ☐ Yes ☒ No *Attorney's name:* _____

(b)(7)(E)    Medical/Psychological Issues? *If yes, date to referred PHS/DIHS:* _____
(b)(6), (b)(7)(C), (b)(7)(E), (check one) ⓘ⁸

National Security/Special Interest Case?
(b)(6)(7)(C), (b)(7)(E) ⓘ⁹

☒ Yes ☐ No    TD Requested? *If yes, list all countries where TD request was made (for Mariel Cuban's check list:)*    Liberia

b7e    **HQ TDU Contacted by CMU?**    **Date:** b7e    **Officer:** (b)(6)(7)(C)

**HQ TDU Status Update:** (b)(5)

(b)(5) ⓘ²⁰

**Officer Signature:** (b)(6)(7)(C)    **Date:** 12/14/2011

**To be completed by Chief:**

**HQ CMU Chief Final:** _Detain_    (b)(6)(7)(C)    12/15/2011
                 Decision            Initials            Date

**HQ CMU Chief Analysis & Comments** (b)(6)(7)(C), (b)(5) ⓘ²¹

FILE COPY

October 21, 2011

*Enforcement and Removal Operations*
U.S. Department of Homeland Security
500 12th Street, SW
Suite 8003
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

(b)(6)(7)(C)
C/O Immigration & Customs Enforcement
New Orleans Field Office

(b)(6)(7)(C)

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE), has reviewed your custody status and that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.



(22)

A request for a travel document was submitted on your behalf to the government of Liberia. The government of Liberia has not denied issuing you a travel document and the request is still pending. Your removal to Liberia is expected to occur in the reasonably foreseeable future; therefore you are to remain in ICE custody at this time.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to effect your removal.

You are also advised that any willful failure or refusal on your part to make timely application <u>in good faith</u> for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).



Signature of HQCMU Chief

Date 3/1/12

(rev. 1/26/05)

**Decision - Detain**
(b)(6)(7)(C)
Page 2

## PROOF OF SERVICE

**(1) Personal Service (Officer to complete both (a) and (b) below.)**

(a) I _____, _____,
        Name of ICE Officer                    Title
certify that I served _____ with a copy of
                     Name of detainee
this document at _____ on _____, at _____.
                     Institution              Date            Time

(b) I certify that I served the custodian _____,
                                          Name of Official
_____, at _____, on
    Title                      Institution
_____ with a copy of this document.
   Date

## OR

**(2) Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
   Name of ICE Officer              Title
that I served _____ and the custodian _____,
              Name of detainee                          Name of Official
with a copy of this document by certified mail at _____ on _____.
                                                   Institution              Date

Signature of Detainee: _____   Date: _____

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

# HQ POCR Checklist for 241.13 Reviews
To be completed by HQ for all cases referred to CMU

*To be completed by Analyst:*
**Alien Name:** (b)(6)(7)(C)   **Alien Number:** (b)(6)(7)(C)   **COB:** Liberia

**CMU Officer:** (b)(6)(7)(C)   **Date Received in Mailbox:** 2/27/2012   **Date Assigned to Officer:** 2/27/2012

*To be completed by Officer:*

☒ Yes ☐ No   Is the case Post 180 Days?

☒ Yes ☐ No   Is the Jurisdiction with HQ CMU? *If not why:* _____

☐ Yes ☒ No   Judicial stay in effect? *If yes, when entered:* _____

☐ Yes ☒ No   Habeas Pending? *If yes, has assistance been requested?* ☐ Yes ☒ No *Attorney's name:* ____

Medical/Psychological Issues? *If yes, date to referred PHS/DIHS:* _____
(b)(7)(E)   (b)(6), (b)(7)(C), (b)(7)(E),   (check one)   ㉓

National Security/Special Interest Case?
(b)(6)(7)(C), (b)(7)(E)   ㉔

☒ Yes ☐ No   TD Requested? *If yes, list all countries where TD request was made (for Mariel Cuban's check list:)*
Liberia

㉕   b7e   HQ TDU Contacted by CMU?   **Date:** b7e   **Officer:** (b)(6)(7)(C)

HQ TDU Status Update: (b)(5)

㉖   (b)(5)

**Officer Signature:** (b)(6)(7)(C)   **Date:** 2/28/2012

*To be completed by Chief:*

**HQ CMU Chief Final:** detain   (b)(6)(7)(C)   3/1/12
                          Decision            Initials         Date

**HQ CMU Chief Analysis & Comments** (b)(5)

October 21, 2011

Finally:

*Enforcement and Removal Operations*
U.S. Department of Homeland Security
500 12th Street, SW
Suite 8003
Washington, DC 20536



U.S. Immigration and Customs Enforcement

(b)(6)(7)(C)

C/O Immigration & Customs Enforcement
New Orleans Field Office



(b)(6)(7)(C)

## Decision to Continue Detention

This letter is to inform you that the U.S. Immigration and Customs Enforcement (ICE), has reviewed your custody status and that you will not be released from custody at this time. This decision was based on a review of your file record and/or personal interview and consideration of any information you submitted to ICE reviewing officials.

(b)(6)(7)(C)

A request for a travel document was submitted on your behalf to the government of Liberia. The government of Liberia has not denied issuing you a travel document and the request is still pending. Your removal to Liberia is expected to occur in the reasonably foreseeable future; therefore you are to remain in ICE custody at this time.

This decision, however, does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. You are advised that pursuant to Section 241(a)(1)(C) of the Immigration and Nationality Act (INA) you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE efforts to remove you by taking whatever actions ICE requests to effect your removal.

You are also advised that any willful failure or refusal on your part to make timely application <u>in good faith</u> for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC § 1253(a).

(b)(6)(7)(C)

Signature of HQCMU Chief

12/15/2011
Date

(rev. 1/26/05)

11-cv-3786.000019

Decision - Detain
(b)(6)(7)(C)
Page 2

## PROOF OF SERVICE

(1) **Personal Service (Officer to complete both (a) and (b) below.)**

    (a)  I _____, _____,
                         Name of ICE Officer                         Title

certify that I served _____ with a copy of
                                  Name of detainee

this document at _____ on _____, at _____.
                          Institution                Date         Time

    (b)  I certify that I served the custodian _____,
                                                        Name of Official

_____, at _____, on
      Title                           Institution

_____ with a copy of this document.
      Date

## OR

(2) **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____, _____, certify
         Name of ICE Officer                      Title

that I served _____and the custodian _____,
               Name of detainee                            Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                       Institution          Date

Signature of Detainee: _____    Date: _____

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

# HQ POCR Checklist for 241.13 Reviews
*To be completed by HQ for all cases referred to CMU*

*To be completed by Analyst:*
**Alien Name:** (b)(6)(7)(C)   **Alien Number:** (b)(6)(7)(C)   **COB:** Liberia

**CMU Officer:** (b)(6)(7)(C)   **Date Received in Mailbox:** 12/13/2011   **Date Assigned to Officer:** 12/13/2011

*To be completed by Officer:*

☒ Yes ☐ No   Is the case Post 180 Days?

☒ Yes ☐ No   Is the Jurisdiction with HQ CMU? *If not why:* _____

☐ Yes ☒ No   Judicial stay in effect? *If yes, when entered:* _____

☐ Yes ☒ No   Habeas Pending? *If yes, has assistance been requested?* ☐ Yes ☒ No *Attorney's name:* ____

(b)(7)(E)

Medical/Psychological Issues? *If yes, date to referred PHS/DIHS:* _____
(b)(6), (b)(7)(C), (b)(7)(E)   (check one)   ㉘

National Security/Special Interest Case?
(b)(6)(7)(C), (b)(7)(E)   ㉙

☒ Yes ☐ No   TD Requested? *If yes, list all countries where TD request was made (for Mariel Cuban's check list:)*
Liberia

㉚  b7e   HQ TDU Contacted by CMU? Date: b7e   Officer: (b)(6)(7)(C)

HQ TDU Status Update: (b)(5)

㉛ (b)(5)

**Officer Signature:** (b)(6)(7)(C)   **Date:** 12/14/2011

*To be completed by Chief:*

**HQ CMU Chief Final:** Detain   (b)(6)(7)(C)   12/15/2011
                        Decision       Initials     Date

**HQ CMU Chief Analysis & Comments** (b)(6)(7)(C), (b)(5)   ㉜

October 21, 2011

(b)(6)(7)(C)

**From:** (b)(6)(7)(C)
**Sent:** Tuesday, February 28, 2012 9:38 AM
**To:** (b)(6)(7)(C)
**Subject:** RE: SLRRFF: (b)(6)(7)(C)

He has been deemed to be from Liberia. (b)(5) 33

(b)(6)(7)(C)
Immigration and Customs Enforcement
Enforcement and Removal Operations
500 12th Street, SW
Washington, DC  20536

(b)(6)(7)(C)

**From:** (b)(6)(7)(C)
**Sent:** Monday, February 27, 2012 1:22 PM
**To:** (b)(6)(7)(C)
**Cc:** 
**Subject:** SLRRFF: (b)(6)(7)(C)

(b)(6)(7)(C)

(b)(6)(7)(C), (b)(5) 34

*Thank you,*

(b)(6)(7)(C)
*Detention and Deportation Officer*
*Case Management Unit*
*Enforcement and Removal Operations*
*U.S. Immigration and Customs Enforcement*
*Department of Homeland Security*
*500 12th Street SW*
*Washington, D.C. 20536*

(b)(6)(7)(C)