**Exhibit 6 -- Data Point Chart**

| Data Point | Description | Claimed Exemptions |
|---|---|---|
| 1 | Additional Comments or Information in POCR Checklist for 241.4 Review | 6, 7(C), 5 |
| 2 | Name of facility conducting custody review in ICE's notification to detainee of decision to continue detention | 6, 7(C) |
| 3 | Date of Last Arrival in POCR Worksheet | 6, 7(C) |
| 4 | Place of Arrival in POCR Worksheet | 6, 7(C) |
| 5 | ICE Location of Detainee in POCR Worksheet | 6, 7(C) |
| 6 | Details of Immigration History in POCR Worksheet | 6, 7(C) |
| 7 | Details of Criminal History in POCR Worksheet | 6, 7(C), 7(E) |
| 8 | Criminal History Comments in POCR Worksheet | 6, 7(C) |
| 9 | Discussion at Institutional / Disciplinary Review for POCR Worksheet | 5 |
| 10 | Travel Document Status/History – Alien Attempts to Get Travel Documents and Status in POCR Worksheet | 5 |
| 11 | Travel Document Status/History – ICE's Attempts to Obtain a Travel Document and Status in POCR Worksheet | 6, 7(C), 5 |
| 12 | Medical/Psychological Concerns in POCR Worksheet | 6, 7(C), 5 |
| 13 | Whether detainee meets criteria of 8 CFR 241.4 for continued detention in POCR Worksheet | 7(E) |
| 14 | Whether detainee meets criteria of 8 CFR 241.4 for continued detention in POCR Worksheet | 7(E) |
| 15 | Special Circumstances Concerns – Officer Comments/Analysis & Recommendation for POCR Worksheet | 5 |
| 16 | Deciding Official's Custody Determination - Comments for POCR Worksheet | 6, 7(C), 5, 7(E) |
| 17 | Discussion in ICE's notification to detainee of decision to continue detention | 6, 7(C) |
| 18 | Medical/Psychological Issues in POCR Checklist for 241.13 Review | 6, 7(C), 7(E) |
| 19 | National Security/Special Interest Case (check box) in POCR Checklist for 241.13 Review | 6, 7(C), 7(E) |
| 20 | HQ Travel Document Unit Status Update POCR Checklist for 241.13 Review | 5 |
| 21 | HQ CMU Chief Analysis & Comments in POCR Checklist for 241.13 Review | 6, 7(C), 5 |
| 22 | Discussion in ICE's notification to detainee of decision to continue detention | 6, 7(C) |
| 23 | Medical/Psychological Issues in POCR Checklist | 6, 7(C), 7(E) |

# Exhibit 6 -- Data Point Chart

| Data Point | Description | Claimed Exemptions |
|---|---|---|
|  | for 241.13 Review |  |
| 24 | National Security/Special Interest Case (check box) in POCR Checklist for 241.13 Review | 6, 7(C), 7(E) |
| 25 | HQ Travel Document Unit Contacted by Case Management Unit in POCR Checklist for 241.13 Review (check box) | 7(E) |
| 26 | HQ Travel Document Unit Status Update in POCR Checklist for 241.13 Review | 5 |
| 27 | Discussion in ICE's notification to detainee of decision to continue detention | 6, 7(C) |
| 28 | Medical/Psychological Issues in POCR Checklist for 241.13 Review | 6, 7(C), 7(E) |
| 29 | National Security/Special Interest Case (check box) in POCR Checklist for 241.13 Review | 6, 7(C), 7(E) |
| 30 | HQ Travel Document Unit Contacted by Case Management Unit in POCR Checklist for 241.13 Review (check box?) | 7(E) |
| 31 | HQ Travel Document Unit Status Update in POCR Checklist for 241.13 Review | 5 |
| 32 | HQ CMU Chief Analysis & Comments in POCR Checklist for 241.13 Review | 6, 7(C), 5 |
| 33 | Discussion in Email from Immigration & Customs Enforcement | 5 |
| 34 | Discussion in Email from Detention & Deportation Officer | 6, 7(C), 5 |